Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**Hyde & Swigart, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*
Nathan Thew

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHAN THEW Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Defendant. | **CASE NO: 5:17-cv-01340-JAK (SPx)**<br><br>**NOTICE OF SETTLEMENT** |

//

//

//

//

//

//

//



HYDE & SWIGART
San Diego, California

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety on individual basis. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice as to the named Plaintiff and without prejudice as to putative Class within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after May 8, 2018 for filing a Request for Dismissal.

Respectfully submitted,

Date: March 8, 2018

**Hyde & Swigart**

By: Yana A. Hart, Esq.

Yana A. Hart, Esq.
*Attorneys for Plaintiff*

HYDE & SWIGART
San Diego, California

HYDE & SWIGART
San Diego, California

***Thew v. JPMorgan Chase Bank, N.A.***
***Case No.: 5:17-cv-01340***
*United States District Court, Central District of California*

**CERTIFICATE OF SERVICE**

I, Yana A. Hart, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 2221 Camino Del Rio South, Suite 101, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program, which will electronically mail notice to all attorneys of record in said case through the same program, the following document(s):

- **Notice of Settlement**

[X] ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on Thursday, March 8, 2018, at San Diego, California.

*S/Yana A. Hart*
Yana A. Hart