# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN THEW, <br><br> Plaintiff, <br><br> v. <br><br> JP Morgan Chase Bank, N.A. <br><br> Defendant. | Case No.: 5:17-cv-1340-JAK-SP <br><br> **ORDER RE JOINT REQUEST TO DISMISS ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF, AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Based upon the Joint Stipulation to Reopen and Dismiss Action With Prejudice as to the Named Plaintiff, and Without Prejudice as to the Putative Class, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff, and without prejudice as to the putative class. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 9, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE